JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEONG LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>BEACH BENZ, INC.;<br>MARK INDUSTRIAL-<br>    HUNTINGTON BEACH, LLC;<br>    and<br>DOES 1 to 10,<br><br>    Defendants. | Case No. 8:24-cv-02103-JWH-MARx<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 14] entered on or about November 25, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 30, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-